**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JENNIFER ENLOW** **PLAINTIFF**

**V.** **CASE NO. 5:25-CV-05256**

**COMMISSIONER,**
**Social Security Administration** **DEFENDANT**

**JUDGMENT**

For the reasons stated in the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED IN ITS ENTIRETY**, the findings of the ALJ are affirmed, and the matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 20th day of November, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE